**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ty Kirkpatrick, | No. CV-21-01048-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Timothy Hubman, et al., | |
| Defendants. | |

Pending before the Court are *pro se* Plaintiff's Motion for Entry of Default (Doc. 25) and *pro se* Defendant's Motion to Dismiss (Doc. 23). Upon review, the Court finds that it requires further information from the parties on a related proceeding in the Central District of California.

The Court takes notice of the California proceeding, *Kirkpatrick v. Hubman, et al.*, 2:20-cv-10161-FMO-SK, and the Plaintiff's Complaint therein. *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (stating that courts may take judicial notice of proceedings in other courts). It appears that this action and the one in California arise from the same underlying contractual dispute. Generally, courts may dismiss a later-filed action if the parties and the basis for relief are the same as duplicative. *See Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007).

The Court, therefore, puts Plaintiff on notice that it is contemplating dismissing this action as duplicative. *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) (stating that courts may dismiss claims *sua sponte*). As neither party addresses the issue

in the pending Motion to Dismiss, the Court requires additional briefing on whether this action is duplicative of the one in California.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ty Kirkpatrick and Defendant Timothy Hubman may each file a supplemental brief of <u>no more than five pages</u> on the issue of whether this action is duplicative of *Kirkpatrick v. Hubman, et al.*, 2:20-cv-10161-FMO-SK, which is currently pending before the Central District of California. The supplemental briefs may not be filed later than <u>February 25, 2022</u>.

**IT IS FURTHER ORDERED** that Plaintiff Ty Kirkpatrick shall file notice in the matter of *Kirkpatrick v. Hubman, et al.*, 2:20-cv-10161-FMO-SK, alerting the Central District of California of this related proceeding.

Dated this 15th day of February, 2022.

*/s/ signature*
Honorable Diane J. Humetewa
United States District Judge

- 2 -